1

2

3

4

5

6

**United States District Court**
For the Northern District of California

7                                UNITED STATES DISTRICT COURT

8                              NORTHERN DISTRICT OF CALIFORNIA

9

10    BRYAN E. MAZZA,                            No. C 07-2483 SI (pr)

11              Plaintiff,                       **ORDER OF DISMISSAL**

12        v.

13    NAPA COUNTY DEPARTMENT
      OF CORRECTIONS; et al.,
14
                 Defendants.
15    _____/

16

17          On September 5, 2007, the court found that the complaint in this action did not state a

18    claim for relief and ordered plaintiff to file an amended complaint by October 10, 2007,

19    cautioning that the failure to file the amended complaint by the deadline would result in the

20    dismissal of the action.  Plaintiff did not file an amended complaint and deadline by which to do

21    so has long passed.  Accordingly, this action is dismissed for failure to state a claim upon which

22    relief may be granted against the defendant.  The clerk shall close the file.

23          IT IS SO ORDERED.

24    Dated: December 17, 2007                   _____
                                                 SUSAN ILLSTON
25                                               United States District Judge

26

27

28