**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7      UNITED STATES DISTRICT COURT
8      NORTHERN DISTRICT OF CALIFORNIA
9
10  BRYAN E. MAZZA,                                  No. C 07-2483 SI (pr)
11          Plaintiff,                               **JUDGMENT**
12      v.
13  NAPA COUNTY DEPARTMENT
    OF CORRECTIONS; et al.,
14
15          Defendants.
                                     /
16
17  This action is dismissed for failure to state a claim upon which relief may be granted.
18
19  IT IS SO ORDERED AND ADJUDGED.
20
21  Dated: December 17, 2007                         _____
                                                     SUSAN ILLSTON
22                                                   United States District Judge
23
24
25
26
27
28