UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRYAN E. MAZZA,                                  No. C 07-2483 SI (pr)

    Plaintiff,                                        **JUDGMENT**

  v.

NAPA COUNTY DEPARTMENT
OF CORRECTIONS; et al.,

    Defendants.
                                  /

This action is dismissed for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED AND ADJUDGED.

Dated: December 17, 2007

                                            SUSAN ILLSTON
                                         United States District Judge